[No. 39929-2-I.    Division One.    April 6, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. PABLO LUNA MEJIA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-06898-1, Marilyn R. Sellers, J., entered December 20, 1996. *Affirmed* by unpublished per curiam opinion.


[No. 40243-9-I.    Division One.    April 6, 1998.]

KUMAKICHI CORP., *Appellant*, v. JOHN R. PARKINSON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-21379-9, Harriet M. Cody, J., entered January 31, 1997. *Affirmed* by unpublished opinion per Cox, J., concurred in by Agid, A.C.J., and Webster, J.


[No. 40674-4-I.    Division One.    April 6, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL A. MURPHY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-1-01223-2, Thomas J. Wynne, J., entered May 8, 1998. *Affirmed* by unpublished opinion per Baker, J., concurred in by Becker and Ellington, JJ.


[No. 15688-5-III.    Division Three.    April 7, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL FRANCIS ORTIZ, *Appellant*.

Appeal from a judgment of the Superior Court for Whitman County, No. 96-1-00009-9, Wallis W. Friel, J., entered April 8, 1996. *Affirmed* by unpublished opinion per Kurtz, J, concurred in by Schultheis, C.J., and Kato, J.